1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ROBERT W. ADIS, JR.,                    No. CIV S-05-1865-CMK

12              Plaintiff,

13       vs.                                  ORDER

14   JO ANNE B. BARNHART,
     Commissioner of Social Security,

15
                Defendant.
16
     _____ /
17

18              Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. §

20   405(g).

21              On November 17, 2005, and on January 19, 2006, the court issued orders

22   directing plaintiff to show cause regarding his failure to submit appropriate documents to the

23   U.S. Marshal.  Plaintiff has responded with a motion to vacate the court's orders to show cause

24   based on excusable neglect (Doc. 12).  Plaintiff also seeks additional time to notify the court

25   regarding submission of documents.  Good cause appearing therefor, plaintiff's motion will be

26   granted and the orders to show cause will be discharged.  Plaintiff will also be granted additional

1  time to file a notice with the court that he has submitted the required documents to the U.S.

2  Marshal for service of this action.

3          Accordingly, IT IS HEREBY ORDERED that;

4          1.     Plaintiff's motion to vacate (Doc. 12) is granted;

5          2.     The court's November 17, 2005, and January 19, 2006, orders to show

6  cause are discharged; and

7          3.     Within ten days from the date of service of this order, plaintiff shall file a

8  notice that the appropriate documents have been submitted to the U.S. Marshal.

9

10  DATED:   March 9, 2006.

11

12                                   **CRAIG M. KELLISON**

13                                   UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26