1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ROBERT W. ADIS, JR.,                    No. CIV S-05-1865-CMK

12                 Plaintiff,

13          vs.                               <u>ORDER TO SHOW CAUSE</u>

14   JO ANNE B. BARNHART,
     Commissioner of Social Security,

15
                   Defendant.
16
     _____/
17

18          Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. §

20   405(g).  Pending before the court is plaintiff's stipulated motion for an extension of time (Doc.

21   21), filed on August 1, 2006.

22          On October 7, 2005, the court issued a scheduling order which required plaintiff

23   to prosecute this action by either seeking voluntary remand or filing a dispositive motion within

24   45 days from the date of service of the administrative record by defendant.  The court's records

25   reflect that the administrative record was served on June 19, 2006.  Plaintiff now seeks an

26   extension of time to September 22, 2006, to file a dispositive motion.  Defendant does not

                                              1

1  oppose the request.  Good cause appearing therefor, the request will be granted.  Plaintiff is

2  warned that failure to comply with the court's scheduling order within the time provided in this

3  order may result in dismissal of this action for lack of prosecution and failure to comply with

4  court orders and rules.  <u>See</u> Local Rule 11-110.

5          Accordingly, IT IS HEREBY ORDERED that:

6          1.      Plaintiff's motion for an extension of time is granted; and

7          2.      Plaintiff shall file a dispositive motion by September 22, 2006.

8

9  DATED:   August 2, 2006.

10

11                                          _____

12                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26