McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Fax: (916) 554- 2900
DONNA M. MONTANO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| ROBERT W. ADIS, | ) | 2:05-CV-1865 CMK (SS) |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended from October 25, 2006, to November 27, 2006.

   All other dates in the Courts Scheduling Order are extended accordingly.

///

///

1

///

  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant requests the additional time due to workload and a scheduling conflict with her cases.

          Respectfully submitted,

          /s/ Bess M. Brewer

Dated:10/20/06       _____
            Bess M. Brewer
            Attorney for Plaintiff

Dated:10/20/06       McGREGOR W. SCOTT
            United States Attorney
            BOBBIE J. MONTOYA
            Assistant U.S. Attorney

            /s/ Donna Montano
            _____
            Donna M. Montano
            Special Assistant U.S. Attorney

            Attorneys for Defendant

**IT IS SO ORDERED:**

DATED:   October 25, 2006.

           _____
           **CRAIG M. KELLISON**
           UNITED STATES MAGISTRATE JUDGE